Robert L. Fleming, R. Cristine Stallings, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J. and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief.

The motion court did not abuse its discretion in denying Defendant's motion for continuance of his evidentiary hearing because Defendant was not prejudiced by such denial. *State v. Schaal,* 806 S.W.2d 659, 666 [12] (Mo.banc 1991).

We also determine an opinion in this matter would have no precedential value and affirm by order opinion. Rule 84.16(b). A memorandum has been provided for the parties' use only.

**Roger Dale FREEMAN,
Defendant/Appellant,**

v.

**STATE of Missouri,
Plaintiff/Respondent.**

**No. 62507.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 18, 1993.

Raymond Legg, Office of the State Public Defender, Columbia, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before AHRENS, P.J., and CRIST and REINHARD, J.J.

### ORDER

#### PER CURIAM.

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous and no error of law appears; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).